IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CARSON RIDGE INVESTORS (I), A CALIFORNIA LIMITED PARTNERSHIP, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 04-1263C (Judge Smith) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Mr. Shalom Brilliant, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530

s/Shalom Brilliant
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
(202) 305-7561 Telephone
(202) 305-7643 Facsimile

Dated: August 18, 2004

**Certificate of Filing**

I hereby certify that on August 18, 2004 a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Shalom Brilliant