# In the United States Court of Federal Claims

**04-1263C**

**Filed: October 5, 2004**

**CARSON RIDGE INVESTORS (I), A California Limited Partnership**

**v.**

**THE UNITED STATES**

**NOTICE**

To Attorney of Record, Assistant Attorney General, and Judge :

Please take notice that in the above case there has been entered this day on the motion, filed 10/4/04 , for enlargement of time to respond to the complaint the following order by the Clerk:

**ALLOWED.**

s/ Brian Bishop
Brian Bishop, Clerk of Court