# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * ***

| | | |
|---|---|---|
| CARSON RIDGE INVESTORS (I), A CALIFORNIA LIMITED PARTNERSHIP | * | |
| *Plaintiff,* | * | No. 04-1263C |
| v. | * | Filed: December 14, 2004 |
| THE UNITED STATES, | * | |
| *Defendant.* | * | Senior Judge Smith |

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby GRANTS Defendant's Unopposed Motion for Enlargement of Time to respond to plaintiff's complaint. Defendant's answer is due on or before January 3, 2005.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge