# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * *

CARSON RIDGE INVESTORS (I), A CALIFORNIA LIMITED PARTNERSHIP

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * *

No. 04-1263C

Filed: March 1, 2005

Senior Judge Smith

**ORDER**

The Court hereby GRANTS the Joint Motion for Stay of Proceedings while certain related cases remain in this Court's Alternative Dispute Resolution ("ADR") pilot program. The related cases are: *Grass Valley Investment Group I v. United States*, No. 04-1284C; *Diamond Springs Investment Group II v. United States,* No. 04-1302C; *Weaverville Investment Group I v. United States,* No. 04-1320C; *Hollister Investment Group II v. United States,* No. 04-1297C; *Ramona Investment Group II v. United States,* No. 04-1259C; *Pixley Investment Group v. United States,* No. 04-1315C; *Brawley I Investment Group v. United States,* No. 04-1287; and *Brawley II Investment Group v. United States,* No. 04-1305C.

The Stay will remain in effect until 14 days after the conclusion of ADR.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge